

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00084-CV

———————————————

IN RE VAN SHAW, Relator

---

Original Proceeding
236th District Court of Tarrant County, Texas
Trial Court No. 236-267402-13

---

Before Wallach, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, record, and motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for stay are denied.

Per Curiam

Delivered:  February 28, 2025